UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA
          -v-

AKISSI AKESSE

---------------------------------x

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CASE NUMBER: CR-03-1256(ARR)
ANDREW CARTER, ESQ
16 COURT STREET, 3rd FL.
BROOKLYN, NEW YORK 11241
Defendant's Attorney & Address

THE DEFENDANT:
XXX  pleaded guilty to count one of the indictment.
___  was found guilty on counts                        after a plea of not guilty.
     Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 21 USC 952(a) & 960(b)(3) | IMPORTATION OF HEROIN. | ONE (1) |

The defendant is sentenced as provided in pages 2 through    of this Judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___  The defendant has been found not guilty on count(s)            and is discharged as to such count(s).
XXX  Remaining counts are dismissed on the motion of the United States.
XXX  It is ordered that the defendant shall pay to the United States a special assessment of $100.00 which shall be due  XXX immediately  ___ as follows:

It is further ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec # ___NONE___

Defendant's Date of Birth 11/16/59

Defendant's Mailing Address:

224 1670 ABIDJAN

IVORY COAST, WEST AFRICA

Defendant's Residence Address:

   ( SAME AS ABOVE )

MAY 25, 2005
Date of Imposition of Sentence

ALLYNE R. ROSS, U.S.D.J.

MAY 25, 2005
Date

A TRUE COPY ATTEST
Date:_____
ROBERT C. HEINEMANN
CLERK OF COURT

By:_____

DEPUTY CLERK

Defendant: AKISSI AKESSE
Case Number: CR-03-1256(ARR)

Judgment - Page     of

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twenty seven (27) months.

___ The Court makes the following recommendations to the Bureau of Prisons:

___ The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district,

    ___ at _____ a.m./p.m. on _____.
    ___ as notified by the Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    ___ before 12:00 noon on _____.
    ___ as notified by the United States Marshal.
    ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By_____

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

1) IF EXCLUDED; DEFT SHALL NOT RE-ENTER THE UNITED STATES ILLEGALLY.
2) DEFT SHALL NOT POSSESS ANY FIREARMS.

___ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

Defendant: AKISSI AKESSE
Case Number: CR-03-1256(ARR)

Judgment - Page of

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

Defendant: AKISSI AKESSE
Case Number: CR-03-1256(ARR)

Judgment - Page    of

## FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ 100.00 , consisting of a fine of $ N/A and a special assessment of $ 100.00 .

___ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

This sum shall be paid ___ immediately
                       ___ as follows:

**XXX** The Court has determined that the defendant does not have the ability to pay any fines, cost of confinement or supervision.

  ___ The interest requirement is waived.
  ___ The interest requirement is modified as follows:

1  USA VERSUS AKESSE AKESSE SENTENCE EXCERPT
2
3  THE COURT: Let me say that I do have to agree that
4  the situation with her children is drastic. There are four of
5  them, I guess one is 18, the others are ten, 11 and 14.
6  Originally we didn't know whether or not anyone
7  might help them out but as it turns out, no family members
8  did.
9  Upon rereading the presentence report it's clear why
10 they didn't. They are children of the father who left the
11 family when the defendant was five years old and she had no
12 contact with them. They apparently stayed with this neighbor
13 for a number of months who eventually turned them out because
14 she had too many people of her own to feed. So it's clear
15 that the circumstances of her family are dramatically bleak
16 and I think warrant a departure either under a guideline
17 scheme or under a non-guidelines scheme because the situation
18 is so extreme.
19 I don't believe that the circumstances of the case
20 would permit me to do what Mr. Carter has requested but I do
21 think it would be appropriate and just punishment as well as
22 deterrence in light of the family circumstances to sentence
23 Ms. Akesse to the custody of the Attorney General for a period
24 of 27 months to be followed by a three-year period of
25 supervised release with special condition that if excluded,

1  she not illegally reenter the United States and I prohibit the
2  possession of a firearm.
3  I make a finding that she unable to pay a fine but I
4  will impose the mandatory 100-dollar special assessment.
5  Are there any open counts.
6  MR. RADICK: There is the government moves to
7  dismiss count to of the indictment.
8  THE COURT: The motion is granted.
9  Ms. Akesse, there are circumstance in which a
10 defendant may appeal the sentence. I don't believe it's going
11 to apply in your case but if you choose to appeal, a notice of
12 appeal must be filed within ten days and a lawyer will
13 represent you if you want at no cost to you.
14 (Matter concluded.)
15
16
17
18
19
20
21
22
23
24
25